**FILED**
**MARCH 6, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**08 C 1348**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**JUDGE LEFKOW**
**MAGISTRATE JUDGE NOLAN**

In the Matter of

Isabela Theresa Friesendorf v. Baker, Miller, Markoff & Krasny, LLC, and John and Jane Does1 -10

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Isabela Theresa Friesendorf

**J. N.**

| | |
|---|---|
| NAME (Type or print) | |
| Richard J. Wasik | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Richard J. Wasik | |
| FIRM | |
| Law Offices of Richard J. Wasik | |
| STREET ADDRESS | |
| 1304 W. Washington, 1st Floor | |
| CITY/STATE/ZIP | |
| Chicago, IL 60607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| RWAS19846 | 312-676-1885 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |