UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Isabela Teresa Friesendorf )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>BAKER, MILLER, MARKOFF & KRASNY, LLC,)<br>and John and Jane Does 1 – 10, )<br>)<br>    Defendants. ) | Case No.: 08-cv-1348 |

### NOTICE OF DISMISSAL

**NOW COMES** the Plaintiff, **ISABELA TERESA FRIESENDORF**, and, pursuant to the Federal Rules of Civil Procedure, Rule 41(a), states:

1. Defendant, BAKER, MILLER, MARKOFF & KRASNY, LLC, was served with a Notice of Lawsuit and Request for Waiver of Summons in this matter.

2. Defendant, BAKER, MILLER, MARKOFF & KRASNY, LLC, has not filed nor served upon Plaintiff its answer or motion for summary judgment.

**WHEREFORE**, Plaintiff, **ISABELA TERESA FRIESENDORF**, pursuant to the Federal Rules of Civil Procedure, Rule 41(a), voluntarily dismisses this action.

    Respectfully Submitted,

    /s/ Richard J. Wasik
    One of the Attorneys for Plaintiff
    Isabela Teresa Friesendorf

Richard J. Wasik, Esq.
Law Offices of Richard J. Wasik
1304 W. Washington, 1st Floor
Chicago, Illinois 60607
312-676-1885
312-676-1889 Fax

Robert K. Lock, Jr., Esq.
R.K. Lock & Associates
7144 North Harlem Avenue
Suite 323
Chicago, Illinois 60631
877-831-5588
206-338-6036 Fax

## Proof of Service

     Richard J. Wasik, one of Plaintiff's attorneys, on oath state that I served a copy of this Notice of Dismissal upon the Defendant by serving a copy of this Notice upon Defendant's attorney, Wildman, Harrold, Allen & Dixon LLP, at 225 W. Wacker Drive, Suite 3000, Chicago, Illinois 60606, counsel's last known address, by depositing a copy of said notice, with postage prepaid, in the U.S. Mail Box at Washington & Ada Streets, Chicago, Illinois before 5:00 p.m. on April 22, 2008.

                                            /s/ Richard J. Wasik
                                            One of the Attorneys for Plaintiff
                                            Isabela Teresa Friesendorf