UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Isabela Teresa Friesendorf            )
                                      )
        Plaintiff,                    )
                                      )
vs.                                   )    Case No.: 08-cv-1348
                                      )
BAKER, MILLER, MARKOFF & KRASNY, LLC, )
and John and Jane Does 1 – 10,        )
                                      )
        Defendants.                   )

### NOTICE OF FILING

TO: Denise A. Lazar, Esq., Wildman, Harrold, Allen & Dixon, 225 W. Wacker Drive, Suite 3000, Chicago, Illinois 60606

PLEASE TAKE NOTICE that on the 22nd day of April 2008, we filed with the Clerk of the Circuit Court of the United States District Court for the Northern District of Illinois, the following document(s), copies of which are attached hereto: Plaintiff's Notice of Voluntary Dismissal.

/s/ Richard J. Wasik

### PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope address to said attorneys at their business addresses as disclosed by the pleadings of record herein, with postage fully prepaid and by depositing said envelope in the United States Post Office Box at Washington and Ada Streets in Chicago, Illinois on the 22nd day of April 2008.

/s/ Richard J. Wasik
One of the Attorneys for Plaintiff
Isabella Teresa Friesendorf

Richard J. Wasik, Esq.
Law Offices of Richard J. Wasik
1304 W. Washington Street, 1st Floor
Chicago, Illinois 60607
312-676-1885
312-676-1889 Fax